

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2021

No. 04-20-00586-CV

Ryan **JONES** and Lake Flato Architects, Inc.,
Appellants

v.

Selina **MALONEY**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-17778
Honorable Richard Price, Judge Presiding

# O R D E R

    Appellee's brief was originally due by February 1, 2021. On January 29, 2021, appellee filed a motion requesting a fourteen day extension of time to file her brief. After consideration, we **GRANT** the motion and **ORDER** appellee to file her brief by February 16, 2021.

_____
Rebeca C. Martinez, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court